**Meridian Amusement Company of Illinois, appellant, v. Home Theatre Company, appellee.**
Action for damages for violation of a restrictive agreement by defendant not to operate a motion picture show in a certain place. Judgment for plaintiff for a sum claimed to be inadequate. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed April 22, 1922.
Acton & Acton, for appellant.    Holmes & Troup, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

**Harry L. Nichols and Effie N. Parker, conservators of E. F. Nichols, appellants, v. Charles H. Woodruff, appellee.**
Action on a lease of farm lands to defendant. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.
W. E. Williams and A. Clay Williams, for appellants. L. T. Graham and William and Barry Mumford, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

**Town of Griggsville, appellant, v. George R. Newman, appellee.**
Prosecution for obstructing a public road. Judgment of not guilty. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.
William and Barry Mumford and Paul F. Grote, for appellant. W. E. Williams and A. Clay Williams, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

**John Bond, appellee, v. J. H. Austin, appellant.**
Action for breach of warranty in the sale of a stallion. Judgment for plaintiff. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.
Frank Lindley, for appellant. Schneider & Schneider, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

**Edward Wolf, appellee, v. Turner State Bank, appellant.**
Replevin to recover possession of a promissory note executed by plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed April 22, 1922.
McBride & Vogelsang, for appellant. Hogan & Reese and R. C. Neff, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.